UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WAYNE CRAMPTON,<br><br>Defendant. | No. 2:17-CR-00111-RMP-1<br><br>ORDER FOLLOWING DETENTION REVIEW HEARING<br><br>**MOTION GRANTED**<br>**(ECF No. 26)** |

At Defendant's October 26, 2017, detention review hearing, Defendant was present, in custody, with counsel Robert R. Cossey. Assistant U.S. Attorney Allyson Edwards appeared for the United States. Both sides presented argument.

The Court has considered the Pretrial Services Report, ECF No. 15, Defendant's motion, ECF No. 26 including the evaluation of licensed psychologist W. Scott Mabee, PhD, the United States' response, ECF No. 30, and the argument of counsel.

The Court finds that there are material circumstances not known to the parties at the time of the detention hearing on July 20, 2017. The Court further finds that there are conditions which would reasonably assure Defendant's appearance for future hearings, and the safety of the community.

**IT IS ORDERED** the Defendant's motion for reconsideration of release, **ECF No. 26**, is **GRANTED**. The release of the Defendant is subject to the following:

## STANDARD CONDITIONS OF RELEASE

(**1**) Defendant shall not commit any offense in violation of federal, state or local law. Defendant shall advise the supervising Pretrial Services Officer and

ORDER - 1

defense counsel within one business day of any charge, arrest, or contact with law enforcement. Defendant shall not work for the United States government or any federal or state law enforcement agency, unless Defendant first notifies the supervising Pretrial Services Officer in the captioned matter.

**(2)** Defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing before any change in address and telephone number.

**(3)** Defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

**(4)** Defendant shall sign and complete A.O. Form 199C before being released and shall reside at the address furnished.

**(5)** Defendant shall not possess a firearm, destructive device or other dangerous weapon, *and is specifically directed to surrender his knife collection.*

**(6)** Defendant shall report to the United States Probation Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**(7)** Defendant shall contact defense counsel at least once a week.

**(8)** Defendant is further advised, pursuant to 18 U.S.C. § 922(n), it is unlawful for any person who is under indictment for a crime punishable by imprisonment for a term exceeding one year, to possess, ship or transport in interstate or foreign commerce any firearm or ammunition or receive any firearm or ammunition which has been shipped or transported in interstate or foreign commerce.

**(9)** Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**(10)** Defendant shall surrender any passport to Pretrial Services and shall not apply for a new passport.

//

ORDER - 2

# ADDITIONAL CONDITIONS OF RELEASE

**(14)** Defendant shall remain in the Eastern District of Washington while the case is pending. By timely motion clearly stating whether opposing counsel and Pretrial Services object to the request, Defendant may be permitted to travel outside this geographical area.

**(15)** Avoid all contact, direct or indirect, with any persons who Defendant would reasonably know are or may become a victim or potential witness in the subject investigation or prosecution. Pretrial Services may but is not required to exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers.

**(16)** Avoid all contact, direct or indirect, with known felons or Co-Defendant(s). Pretrial Services may but is not required to exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers.

**(17)** Undergo a mental health evaluation and complete any recommended follow-up treatment as directed by U.S. Probation.

**(18)** Refrain from any use of alcohol.

# BOND

**(23)** Prior to release, Defendant shall deposit with the Clerk of Court a $20,000 (Twenty Thousand U.S. Dollars) cash bond.

# HOME CONFINEMENT/ELECTRONIC/GPS MONITORING

**(28)** Defendant shall participate in one or more of the following home confinement program(s):

**Electronic Monitoring**: The Defendant shall participate in a program of electronically monitored home confinement. The Defendant shall wear, at all times, an electronic monitoring device under the supervision of U.S. Probation. In the event the Defendant does not respond to electronic monitoring or cannot be found, the U.S. Probation Office shall forthwith notify the United States Marshals' Service, who shall immediately find, arrest and detain the Defendant. The Defendant shall pay all or part of the cost of

the program based upon ability to pay as determined by the U.S. Probation Office.

**AND**

**Home detention**: Defendant shall be restricted to his/her residence at all times except for: attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities **as pre-approved by the Pretrial Services Office or supervising officer,** including but not limited to employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

If a party desires that another Court review this order pursuant to 18 U.S.C. § 3145, that party shall promptly file a motion for review before the district judge to whom the case is assigned, as further described in the Detention Order Review Protocol published for the Eastern District of Washington. Both parties shall cooperate to insure that the motion is promptly determined.

**IT IS SO ORDERED**.

DATED October 26, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE