FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 28, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT WAYNE CRAMPTON,<br><br>Defendant. | NO: 2:17-CR-111-RMP<br><br>ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT WITH PREJUDICE |

BEFORE THE COURT is the Government's Motion to Dismiss the Indictment with Prejudice, ECF No. 65.  Having reviewed the motion and the Government's reasons for dismissal, the Court finds a good basis exists to grant the Government leave to dismiss under Fed. R. Crim. P. Rule 48(a), and dismissal with prejudice is compatible with the public interest.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Government's Motion to Dismiss Indictment with Prejudice, **ECF No. 65**, is **GRANTED**.

2. The Indictment, ECF No. 1, is **dismissed with prejudice.**

ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT WITH PREJUDICE ~ 1

3. All pending motions are **denied as moot**.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this February 28, 2018.

                                           *s/ Rosanna Malouf Peterson*
                                          ROSANNA MALOUF PETERSON
                                              United States District Judge